```
 1  Robert W. Freeman, Jr.
    Nevada Bar No. 003062
 2  FREEMAN & ASSOCIATES
    1060 Wigwam Parkway
 3  Henderson, Nevada 89074
    (702) 990-4913
 4  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

* * * * *

| | |
|---|---|
| JOANA ARCE, individually, and as heir and Special Administratrix of the Estate of ROBERTO ARCE, Deceased, KARLA ARCE, a minor, by and through her Guardian ad litem JOANA ARCE, and ROBERT ARCE, a minor by and through his Guardian ad Litem, JOANA ARCE, and RENE ARCE, by and through her Guardian ad Litem, JOANA ARCE, and ODELLA ARCE,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation; JOSEPH FORTI, Chief of Police of North Las Vegas Police Department; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; and SHAYNE SKIPWORTH, individually and in his official capacity; MARK HOYT, individually and in his official capacity; LEONARD CARDINALE, individually and in his official capacity; BRIAN SACHS, individually and in his official capacity; MARK SURANOWITZ, individually and in his official capacity; MICHAEL CARMODY, individually and in his official capacity, MICHAEL BLACKWELL, individually and in his official capacity, and DOES 1-20, INCLUSIVE AND roe corporations and or entities 21-40, inclusive,<br><br>        Defendants. | Case No. CV-S-04-0425-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

1  IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be
2  dismissed with prejudice, each party to bear its own costs and attorney fees.

3  DATED this 27 day of October, 2011.      DATED this 24 day of October, 2011.

4  FREEMAN & ASSOCIATES                      POTTER LAW OFFICES

6  Robert W. Freeman, Jr., Esq.              Cal J. Potter, Esq.
7  Nevada Bar No. 3062                       Nevada Bar No. 1988
   1060 Wigwam Parkway                       1125 Shadow Lane
8  Henderson, Nevada 89074                   Las Vegas, Nevada 89102
   Attorneys for Defendants                  Attorneys for Plaintiffs

**ORDER**

11  IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 28, 2011

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 990-4913